UNITED STATES DISTRICT COURT
<u>WESTERN DISTRICT OF NEW YORK</u>

MOISES ROLON,

        Plaintiff,                        19-CV-6524 EAW

    -v-

                                               <u>STIPULATION AND ORDER
                                               FOR ATTORNEY FEES</u>

ANDREW SAUL,
COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

---

      IT IS HEREBY STIPULATED AND AGREED by the parties, through their attorneys, Corinne Manfredi, attorney for Plaintiff, and Kathryn L. Smith, Assistant United States Attorney, attorney for defendant, that the Plaintiff is awarded attorney fees under the Equal Access to Justice Act (EAJA) (Title 28 U.S.C. § 2412, et seq.) in the amount of $7,700.13 (seven thousand, seven hundred dollars and thirteen cents). It is further agreed that the Plaintiff is awarded costs under Title 28 U.S.C. § 1920 in the amount of $400 (four hundred dollars). Such award is made in full satisfaction of any claim for fees, expenses and costs.

      IT IS FURTHER AGREED that payment of fees will be made directly to plaintiff's attorney, Corinne Manfredi, pursuant to Plaintiff's written transfer of his rights to EAJA fees to his attorney, provided that Plaintiff owes no debt that is subject to offset under the Treasury Offset Program.

JAMES P. KENNEDY, JR.
United States Attorney
Western District of New York

DATE: 1/13/2021			BY:	s/KATHRYN L. SMITH
						Assistant U.S. Attorney


DATE: 1/13/2021			BY:	s/CORINNE MANFREDI, ESQ.
						Attorney for Plaintiff

**SO ORDERED:**

_____
**HONORABLE ELIZABETH A. WOLFORD**
**UNITED STATES DISTRICT COURT**
**DATED:** 01/14/2021